TRUST COMPANY OF NORTH AMERICA, Appellant, *v.* A. HAMMER COOPERAGE CORPORATION, Respondent.

(Argued June 3, 1936; decided July 8, 1936.)

*Harold Wisan, Charles Goldman* and *Harold Dublirer* for appellant.

*I. Maurice Wormser* and *George G. Lake* for respondent.

Judgment affirmed, with costs; no opinion. (See 272 N. Y. 513.)

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: LEHMAN, J.